**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **ALL THE WAY RIGHT CIVIL LIBERTIES UNION ET AL.** | **CIVIL ACTION NO. 26-2365-P** |
| **VERSUS** | **JUDGE DONALD E. WALTER** |
| **JEFFREY LANDRY** | **MAGISTRATE JUDGE PEREZ-MONTES** |

# JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge (Doc. 2) previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 26th day of August, 2026.

Donald E. Walter
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE